IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ROMAN SEBASTIAN MONZON,

    Plaintiff,

v.                                                          Civil Action No. **3:23CV695**

CYNTHIA BILLUPS, *et al.*,

    Defendants.

### MEMORANDUM OPINION

Plaintiff, a Virginia inmate proceeding *pro se* and *in forma pauperis*, filed this 42 U.S.C. § 1983 action. In order to state a viable claim under 42 U.S.C. § 1983, a plaintiff must allege that a person acting under color of state law deprived him or her of a constitutional right or of a right conferred by a law of the United States. *See Dowe v. Total Action Against Poverty in Roanoke Valley*, 145 F.3d 653, 658 (4th Cir. 1998) (citing 42 U.S.C. § 1983). Plaintiff's allegations fail to provide each defendant with fair notice of the facts and legal basis upon which his or her liability rest. Accordingly, by Memorandum Order entered on March 12, 2024, the Court directed Plaintiff to submit a particularized complaint within thirty (30) days of the date of entry thereof. The Court warned Plaintiff that the failure to submit the particularized complaint would result in the dismissal of the action.

More than thirty (30) days have elapsed since the entry of the March 12, 2024 Memorandum Order. Plaintiff failed to submit a particularized complaint or otherwise respond to the March 12, 2024 Memorandum Order. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order will accompany this Memorandum Opinion.

Date: 4/23/24
Richmond, Virginia

/s/
John A. Gibney, Jr.
Senior United States District Judge